# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00103-CV

### The Fannin County Community Supervision and Corrections Department

**v.**

### Glenda Spoon

(No. CV-10-39887; CV-12-40666 IN 336TH DISTRICT COURT OF FANNIN COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | TAMMY CARTER |
| MOTION FEE | $15.00 | E-PAID | TAMMY CARTER |
| MOTION FEE | $10.00 | E-PAID | TAMMY CARTER |
| MOTION FEE | $10.00 | E-PAID | TEXAS CONCIERGE |
| MOTION FEE | $10.00 | E-PAID | TAMMY CARTER |
| MOTION FEE | $10.00 | E-PAID | TEXAS CONCIERGE |
| MOTION FEE | $10.00 | E-PAID | TEXAS CONCIERGE |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | KATRINA SHANKS |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | KATRINA SHANKS |
| CLERK'S RECORD | $862.00 | UNKNOWN | ATTY GENERAL'S OFFICE |
| REPORTER'S RECORD | $225.00 | UNKNOWN | ATTY GENERAL'S OFFICE |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | KATRINA SHANKS |
| REPORTER'S RECORD | $665.00 | UNKNOWN | ATTY GENERAL'S OFFICE |
| FILING | $100.00 | E-PAID | KATRINA SHANKS |
| INDIGENT | $25.00 | E-PAID | KATRINA SHANKS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | KATRINA SHANKS |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | KATRINA SHANKS |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | KATRINA SHANKS |

---

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

---

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

---

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this June 12, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy